**ANSHAN IRON & STEEL COMPANY, LTD., New Iron Steel Company, Ltd., Angang Group International Trade Corporation, Benxi Iron & Steel Company, Ltd., Benxi Steel Plate Company, Ltd., and Benxi Iron & Steel Group International Economic and Trade Company, Ltd., Plaintiffs–Appellees,**

and

**Shanghai Baosteel Group Corporation, Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–Appellant,**

and

**United States Steel Corporation, Defendant–Appellant,**

and

**Weirton Steel Corporation, Steel Dynamics, Inc., Ipsco Steel Inc. and Gallatin Steel Company, Defendants–Appellees,**

and

**Nucor Corporation, Defendant–Appellee.**

No. 05–1401, 05–1403.

United States Court of Appeals, Federal Circuit.

Aug. 16, 2005.

### *ORDER*

Upon consideration of the United States and United Steel Corp.'s joint unopposed motion to voluntarily dismiss their appeals,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) All sides shall bear their own costs.

(3) All remaining motions are moot.